# JOHN H. RING, III
ATTORNEY AT LAW
385 CLEVELAND DRIVE
BUFFALO, NEW YORK 14215



TEL: (716) 831-1994

June 25, 2010

U.S. Bankruptcy Court, WDNY
Office of the Clerk
Olympic Towers
300 Pearl Street, Suite 250
Buffalo, NY 14202-2501

    Re:    Robert J. Talbot
            Bk. No. 02-14210K

Dear Sir/Madam:

    Enclosed herewith please find a Statement of Unclaimed Funds in regards to the Bankruptcy Estate of Robert J. Talbot.

    I have stopped payment on these checks since they are beyond the 90 day period and I am enclosing the Estate of Robert J. Talbot's check no. 10106 in the amount of $58.50 made payable to the U.S. Bankruptcy Court which represents the total due in this matter.

    The following is the name and address for creditors and the amount they are entitled to receive from the Bankruptcy Estate of Robert J. Talbot:

| Claim No. 5- | Verizon<br>AFNI/Verizon East<br>PO Box 3037<br>Bloomington, IL 61702-3037 | $58.50 |
|---|---|---|

    If you have any questions or problems, please feel free to contact the undersigned.

Very truly yours,

JOHN H. RING, III

JHR/pls
Enc.



UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK
WESTERN DIVISION

| In re: | Chapter 7 |
|---|---|
| TALBOT, ROBERT J. | Case No. 02-14210 MJK |
| Debtor. | **STATEMENT OF UNCLAIMED DIVIDENDS** |

| Claim No. | Creditor Name and Address | Amount Allowed | Dividend |
|---|---|---|---|
| 2 | Verizon<br>AFNI/Verizon East, PO Box 3037<br>Bloomington, IL 61702-3037 | $150.54 | $58.50 |

**TOTAL UNCLAIMED DIVIDENDS:** $ 58.50

Dated: June 25, 2010

_____
JOHN H. RING, III
Trustee
385 CLEVELAND DR.
CHEEKTOWAGA, NY 14215
(716) 831-1994



FILED JUN 2 8 2010 BANKRUPTCY COURT BUFFALO, NY